# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHAEL SCOTT PIETILA,

    Plaintiff,

v.

GRANT ROPER, HUNTER HESS, JACOB GRIPENTROG, JAMIE MOUNGEY, CPT. KYLE TRITT, and KYLE DEMERS,

    Defendants.

Case No. 17-CV-1588-JPS

**ORDER**

On May 16, 2018, Plaintiff filed a document entitled "Reply and Motion for Summary Judgement [sic]." (Docket #17). It is neither. There is no pending motion for Plaintiff to reply to, and the document comes nowhere close to the requirements for a summary judgment filing. *See* Fed. R. Civ. P. 56; Civ. L. R. 56. To the extent Plaintiff intended the document to be a genuine motion, it must be denied.

Accordingly,

**IT IS ORDERED** that Plaintiff's "Reply and Motion for Summary Judgement [sic]" (Docket #17) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 18th day of June, 2018.

BY THE COURT:

    J. P. Stadtmueller
    U.S. District Judge