# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHAEL SCOTT PIETILA,

    Plaintiff,

v.

GRANT ROPER, HUNTER HESS, JACOB GRIPENTROG, JAMIE MOUNGEY, CPT. KYLE TRITT, and KYLE DEMERS,

    Defendants.

Case No. 17-CV-1588-JPS

**ORDER**

On July 16, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to either party. (Docket #19). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #19) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 17th day of July, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge